Michael B. BROWN, Appellant,

v.

ADM MILLING COMPANY; David A. Singer, Jr., Dr., Appellees.

No. 02–2340.

United States Court of Appeals, Eighth Circuit.

Submitted July 3, 2002.

Filed July 9, 2002.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Michael B. Brown appeals the district court's dismissal, without prejudice, of Brown's civil suit arising from the termination of his employment following a knee replacement. On careful review of the record, we affirm. *See* 8th Cir. R. 47A(a).